DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 South Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE S. STEIN, ) | |
| ) | Case No. 2:13-cv-01956-JAD-CWH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### (*FIRST REQUEST*)

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), through her undersigned counsel of record, respectfully requests that the Court extend the time for Defendant to file an Answer to the Complaint by twenty-eight (28) days, up to and including February 3, 2014. An answer is currently due on January 6, 2014.

Plaintiff's counsel was contacted on January 2, 2014, and Plaintiff does not oppose Defendant's motion.

This is Defendant's first request for an extension of time. The instant request is not intended to cause delay and is necessary because Defendant needs additional time to prepare the certified administrative record.

It is therefore respectfully requested that Defendant be granted a twenty-eight (28) day extension of time to answer Plaintiff's Complaint up to and including February 3, 2014.

Respectfully submitted this 6th day of January 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

OF COUNSEL:
DONNA L. CALVERT
Acting Regional Chief Counsel

Heather M. Moss
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 7, 2014